ROSE L. EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
TIANA S. BAHERI (State Bar No. 318556)
Tia.Baheri@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Warner Bros. Entertainment, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re 17 U.S.C. §512(h) Subpoena to<br><br>TUMBLR, INC. | Case Number:   3:23-mc-80339<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Requester Warner Bros. Entertainment, Inc. (the "Requester"), by and through the undersigned counsel, hereby requests that the Clerk of this Court issue a subpoena to Tumblr, Inc. ("Tumblr") requiring Tumblr to identify the person that infringed upon copyrighted works of the Requester pursuant to 17 U.S.C. § 512(h).

Without permission, the subject of the subpoena posted an unpublished, on-set, copyrighted image from Requester's forthcoming theatrical motion picture to Tumblr under the username @polly-p9. This post infringed the Requester's exclusive rights under copyright law.

The Requester has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h) by filing the following documents herewith:

1. a copy of the § 512(c)(3)(A) notification, attached hereto as Exhibit 1 to the declaration of Michael Bentkover;

2. the proposed subpoena; and

3. a sworn declaration of Michael Bentkover affirming that that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under Title 17 of the United States Code.

Requester respectfully asks that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

DATED: December 21, 2023          MUNGER, TOLLES & OLSON LLP

By: _____/s/ Rose L. Ehler_____
                    ROSE L. EHLER

Attorney for Warner Bros. Entertainment, Inc.