ROSE L. EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
TIANA S. BAHERI (State Bar No. 330835)
Tia.Baheri@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Warner Bros Entertainment Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to TUMBLR, INC. | Case Number:   3:23-mc-80339<br><br>**DECLARATION OF MICHAEL BENTKOVER IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Michael Bentkover, the undersigned, declare that:

1.   I am the Director of Worldwide Online Enforcement Operations for Warner Bros. Discovery.  Among my responsibilities is anti-piracy enforcement of theatrical films for Warner Bros Entertainment Inc. (the "Requester").  I submit this declaration on behalf of the Requester.  The Requester, whether itself or through subsidiaries and affiliates, owns the exclusive rights under the Copyright Act in and to its works.

2. I am authorized to act on Requester's behalf.  On November 13, 2023, I submitted a takedown notice to Tumblr Inc. ("Tumblr") pursuant to 17 U.S.C. § 512(c)(3)(A),  identifying the infringing content (the unpublished, on-set copyrighted image from a forthcoming film), which was posted by the infringing user (@polly-p9).  I provided the information required by 17 U.S.C. § 512(c)(3)(A). True and accurate copies of the submitted notifications, which were submitted via email, are attached hereto as **Exhibit 1**.

3. The Requester is asking the Clerk to issue the attached proposed subpoena, which would order Tumblr to disclose the identity, including the name(s), address(es), telephone number(s), and e-mail addresses(es) of the user, who is responsible for posting infringing content to the following Tumblr account: @polly-p9 (accessed at:polly-p9.tumblr.com). The purpose for which this subpoena is sought is to obtain the identity of the Tumblr user @polly-p9, who posted infringing content that appeared on the Tumblr account.  Specifically, without permission, Tumblr user @polly-p9 posted access to Requester's unpublished, copyrighted image from its forthcoming theatrical film to the Tumblr account , thus infringing Requester's copyright.

4. The information obtained will be used only for the purposes of protecting the rights granted to Requester under the Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed on December 21, 2024.

_____
Michael Bentkover

# EXHIBIT 1

Case 3:23-mc-80339-AGT   Document 1-1   Filed 12/21/23   Page 3 of 5

| | |
|---|---|
| **From:** | Bentkover, Michael |
| **To:** | dmca@tumblr.com |
| **Cc:** | Rangel, Lucia |
| **Subject:** | ***URGENT*** Unauthorized Use of Warner Bros. Discovery Property - TUMBLR |
| **Importance:** | High |

**VIA ELECTRONIC MAIL**

Dear Abuse Manager,

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am the owner of, or an agent authorized to act on behalf of the owner of, certain intellectual property rights, said owner being WarnerMedia LLC and/or its affiliated companies, including Warner Bros Entertainment Inc., WarnerMedia Direct LLC., The Cartoon Network, Inc., Cable News Network, Inc., Castle Rock Entertainment, Cinema Plus, L.P., Clover Productions LLC, CNN Productions, Inc., Courtroom Television Network LLC d/b/a truTV, DC Comics, Hanna-Barbera Productions, Inc., HBO, HBO Czech Republic, HBO Downtown Productions, HBO Enterprises, HBO Films, HBO Independent Productions, Inc., HBO Ole Partners, HBO Pacific Partners v.o.f., HBO Singapore Private Productions Ltd., Home Box Office, Inc., Latibaer ehf., New Line Productions, Inc., Silver Screen Partners, Superstation, Inc., TBS Productions, Inc., Time Life Films, TNT Originals, Inc., Turner Broadcasting System, Inc., Turner Broadcasting System Europe Limited, Turner Classic Movies, Inc., Turner Entertainment Co., Turner Entertainment Networks, Inc., Turner Films, Inc., Turner Home Entertainment, Inc., Turner Network Television, Inc., Turner Original Productions, Inc., Turner Program Services, Inc., Turner Publishing, Inc. ("IP Owner").

I have a good faith belief that the materials identified in the addendum attached hereto are not authorized by IP Owner, its agent, or the law, and therefore infringe IP Owner's rights therein. Please act expeditiously to remove and/or disable access to the material or items claimed to be infringing.

I swear, under penalty of perjury, that the information in this notification is accurate.

Please confirm that you have taken appropriate action in compliance with this notice at your earliest convenience.  Thank you for your prompt attention to this matter and please advise should you have any questions or require any additional information.

This letter is not a complete statement of IP Owner's rights in connection with this matter and nothing contained herein constitutes an express or implied waiver of any rights, remedies or defenses of IP Owner in connection therewith, all of which are expressly reserved.

**What was located as infringing content:**
Beetlejuice 2 2024 Feature Film – unauthorized image
https://64.media.tumblr.com/17f4de3e89a53ae11358b36dcd0378f0/435748f691d6ac43-40/s2048x3072/0512b78261f0be84ba767d8902846c0a2743a84a.jpg

/mb

Michael Bentkover
Warner Bros. Discovery
4000 Warner Boulevard
Burbank, California 91522
Phone: (818) 954-3639
Fax:     (818) 954-7898
michael.bentkover@warnerbros.com